## IN THE UNITED STATES DISTRICT COURT FILED
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

OCT 2 0 2006

ROBU, Nicusor )
A 097 509 499 )

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

RUIZ, Loren )
                Plaintiffs, )

v. )

Michael CHERTOFF, Secretary of )
U.S. Department of Homeland Security; )
Ruth DOROCHOFF, United States Citizenship )
& Immigration Service, Chicago District Director; )
Alberto GONZALES, U.S. Attorney General; )
and the United States of America. )
)
                Defendants. )

**06CV5714**
**JUDGE CASTILLO**
**MAGISTRATE JUDGE VALDEZ**

### COMPLAINT FOR WRIT OF MANDAMUS

NOW COME the Plaintiffs NICUSOR ROBU and LOREN RUIZ (hereinafter

"Plaintiffs"), by and through their attorney, Y. Judd Azulay of Azulay, Horn & Seiden, LLC, and

complain as follows:

### STATEMENT OF ACTION

1.      This action is brought to compel action on Plaintiffs' properly filed Petition for

Immediate Relative ("I-130") and Application for Lawful Permanent Resident Status

("I-485") with United States Citizenship & Immigration Services ("USCIS"). To the

Plaintiffs' detriment, Defendants have failed to adjudicate the applications.

## PARTIES

2.     Plaintiffs filed a Petition for Immediate Relative (Form I-130) and an Application for

Lawful Permanent Resident Status (Form I-485) under §209 of the Immigration and

Nationality Act on or around October 22, 2003. **See Exhibit A**.

3.     Defendant Michael CHERTOFF ("Chertoff"), the Secretary for the Department of

Homeland Security ("DHS"), is being sued in his official capacity only. Chertoff is

responsible for adjudication of I-485 applications pursuant to 8 U.S.C. §1225.

4.     Defendant, Alberto Gonzales ("Gonzales"), is the Attorney General of the United

States and is being sued in his official capacity only. Gonzales is responsible for the

adjudication of I-485 applications pursuant to 8 U.S.C. §1225.

5.     Defendant Ruth Dorochoff ("Dorochoff"), the Interim District Director of Chicago

CIS, is being sued in her official capacity only. Dorochoff is charged with supervisory

authority over all of Chicago CIS operations and CIS agents and officers acting in their

official capacity.

## JURISDICTION

6.     This Court has original jurisdiction to hear both civil actions arising under the laws of

the United States and actions to compel an officer or employee of the United States or

any agency thereof to perform a duty. 28 U.S.C. §1331; 28 U.S.C. §1361. This Court

also has jurisdiction to grant declaratory relief pursuant to 28 U.S.C. §§2201-2202.

Relief is requested pursuant to said statutes.

7.     This action is brought to compel the Defendants, officers and an agency of the United

States, to perform the duties arising under the law of the United States.

8.      This Court has jurisdiction to hear actions arising from claims that an agency or an officer or employee of a government agency failed to act in its official capacity and the person to whom the duty owed suffered a legal wrong. 5 U.S.C. §702.

9.      This action invokes the Plaintiffs' right of due process under the Fifth Amendment of the United States Constitution, over which this Court retains jurisdiction.

10.     This action is brought due to the failure of the USCIS and its officers to perform their duty to adjudicate the Plaintiffs' I-130 Petition for Alien Relative and I-485 Application for Lawful Permanent Resident Status within a reasonable amount of time. Failure to adjudicate said applications has resulted in harm to the Plaintiffs.

11.     Federal courts retain jurisdiction over adjudication matters when the INS (now USCIS) refuses to adjudicate their applications. Iddir v. INS, 166 F.Supp.2d 1250, 1260 (N.D. Ill. 2001).

12.     The Illegal Immigration Reform and Immigrant Responsibility Act of 1996 ("IIRIRA") does not divest this Court of jurisdiction because the Plaintiffs are not seeking a review of a denial; they are seeking to have their applications adjudicated, which is among the duties conferred upon the Defendants by Congress. Id. at 1256.

## VENUE

13.     Venue is proper in this court pursuant to 28 USC §1391(e), in that this is an action against officers and agencies of the United States in their official capacities, brought in the District where a Defendant resides and where a substantial part of the events or omissions giving rise to Plaintiffs' claim occurred.

14.     Plaintiffs' I-130 Petition for Alien Relative and I-485 Application for Lawful Permanent
        Resident Status were properly filed and, to Plaintiffs' knowledge, remain pending with
        the Chicago USCIS District Director.

## EXHAUSTION OF REMEDIES

15.     Plaintiffs have exhausted all administrative remedies. Plaintiffs, through their
        attorneys, have made numerous inquiries concerning the status of their I-130 and I-
        485 applications and Defendants have failed to properly respond.

## CAUSE OF ACTION

16.     Plaintiff, ROBU NICUSOR, is a native and citizen of Romania. **See Exhibit B**. On
        or around August 14, 2002, he was issued a valid B-1/B-2 visa. **See Exhibit C**.

17.     On October 3, 2003, Plaintiff was married to Plaintiff, LOREN RUIZ, a citizen of the
        United States. **See Exhibits D and E**.

18.     On or around October 22, 2003, Plaintiffs filed an I-130, Petition for Immediate
        Relative, and an I-485, Application for Lawful Permanent Resident Status, based on
        their marriage. **See Exhibit A**.

19.     On December 1, 2004, Plaintiffs appeared for their initial interview regarding the
        adjudication of their I-485 application. **See Exhibit F**.

20.     Shortly following their interview, Plaintiffs received a Request for Evidence seeking the
        admittance of IRS tax print outs and bank statements and cancelled checks from
        Plaintiffs' joint checking accounts. **See Exhibit G**. The requested documents were
        properly submitted within 84 days following the date provided on the Request for
        Evidence.

21. In February of 2004, Plaintiffs' former attorney submitted an inquiry with the CIS seeking the status of Plaintiff's I-130 and I-485 applications. **See Exhibit H**.

22. On or around May 19, 2004, Plaintiffs' former attorney received a letter stating that their I-485, Application for Lawful Permanent Resident Status, was pending at the Missouri Service Center. **See Exhibit I**.

23. On May 5, 2005, an associate attorney from our office attended an Infopass appointment on Plaintiffs' behalf requesting the status of their applications. **See Exhibit J**. A USCIS Officer indicated that no decision had been made at that time and Plaintiffs' file was under further review in Chicago.

24. There has not yet been a decision on Plaintiffs' I-130 and I-485 Applications, despite the fact that they have been pending since October of 2003 and throughout that time numerous inquires have been made with the USCIS.

25. Plaintiffs have been greatly damaged by the failure of the Defendants to act in accord with their duties under law:

    a. Plaintiff ROBU has not been able to proceed on this application for adjustment of status to that of a lawful permanent resident because the Defendants have refused to adjudicate his I-130 application.

    b. Plaintiff ROBU has been furthered damaged in that his employment authorization is tied to his status as an applicant for permanent residency, and is limited to an increment not to exceed one year. 8 C.F.R. §274a.12(c)(9). Therefore, as required by law and in order to keep his work eligibility, Plaintiff has been forced to

repeatedly apply and pay for extensions of employment authorization. INA §274(a)(2), 8 U.S.C. §1324a(a)(2).

c.   Plaintiffs have a meritorious application for adjustment of status to that of a lawful permanent resident which cannot be adjudicated because of Defendants' refusal to do so.

26.   The Defendants' delay in the processing of Plaintiffs' applications has further deprived the Plaintiffs of their right to due process under the law as provided by the Fifth Amendment of the United States Constitution.

27.   The Defendants, in violation of the Administrative Procedure Act, 5 U.S.C. §701 *et seq.* are unlawfully withholding and unreasonably delaying action on Plaintiffs' applications and have subsequently failed to carry out the adjudicative functions delegated to them by law with regard to the Plaintiffs' case.

28.   Plaintiffs have made numerous status inquiries in the attempt to secure adjudication of their applications, to no avail. Accordingly, Plaintiffs have been forced to pursue the instant action.

### PRAYER

WHEREFORE, Plaintiffs request that this Honorable Court enter an order:

(a)   Requiring Defendants to adjudicate Plaintiffs' Application for Lawful Permanent Resident Status (I-485);

(b)   Awarding Plaintiffs reasonable attorney's fees pursuant to 28 U.S.C. §2412 for failure of the Defendants to perform their duties within a reasonable amount of time; and

(c)     Granting such other relief at law and in equity as justice may so require.

Respectfully submitted,
NICUSOR ROBU and LOREN RUIZ

By: _____
    Y. JUDD AZULAY

Azulay, Horn & Seiden, LLC
205 North Michigan Ave.
40th Floor
Chicago, IL 60601
(312) 832-9200

## NOTICE OF FILING

TO:

Alberto R. Gonzales
US Attorney General
950 Pennsylvania Avenue, NW
Washington, D.C. 20530
**Via First Class Mail**

Ruth Dorochoff
District Director, USCIS
101 W. Congress Pkwy.
Chicago, Illinois 60605
**Via Hand Delivery**

Shieila McNulty
Special Assistant United States Attorney
219 South Dearborn, 5th Floor
Chicago, IL 60604
**Via Hand Delivery**

Michael Chertoff
Office of General Counsel
U.S. Dept. of Homeland Security
Washington, D.C. 20528
**Via First Class Mail**

PLEASE TAKE NOTICE that on October 20, 2006, Petitioner filed with the United States District Court for the Northern District of Illinois, their Complaint for Writ of Mandamus, a copy of which is hereby delivered to your office on October 20, 2006.

Y. Judd Azulay

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that they caused this Notice to be served upon the above addressees by mail service by 5:00 p.m. on October 20, 2006.

Y. Judd Azulay

Azulay, Horn & Seiden, LLC
Attorneys for Plaintiffs
205 N. Michigan Ave, 40th Floor
Chicago, Illinois 60601
(312)832-9200

# Notice of Action

# THE UNITED STATES OF AMERICA

| Receipt Number: | | Case Type: | |
|---|---|---|---|
| MSC-04-016-13793 | | I-485 - Application to Register Permanent Residence or Adjust Status | |

| Received Date: October 16, 2003 | Priority Date: | Applicant: | A097509499 ROBU, NICUSOR |
|---|---|---|---|
| Notice Date: October 22, 2003 | Page 1 OF 1 | ASC Code: 3 | |

NICUSOR ROBU
4037 N CENTRAL PK APT 2B
CHICAGO IL 60618

OCT 30 2003

BIOMETRICS PROCESSING STAMP

ASC SITE CODE:
Notice Type: BIOMETRICS REVIEW BY:
Amount Received: $305.00 ON
TENPRINTS QA REVIEW BY:
ON

The above application has been received. **Please notify us immediately if any of the above information is incorrect.** If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

## FINGERPRINTING AND BIOMETRICS-
The next step is to have your fingerprints and biometrics taken at a BCIS Application Support Center (ASC).

Call our National Customer Service Center (NCSC) at **1-800-375-5283** to schedule your appointment. For TDD hearing impaired assistance, please call **1-800-767-1833**.

It is important that you schedule your appointment. If you do not schedule or appear for your appointment, it could cause your application to be denied. If you need to reschedule your appointment, please call the NCSC at **1-800-375-5283**.

## WHAT TO BRING TO Your appointment -
Please bring this letter and your photo identification to your appointment. Acceptable kinds of photo identification are:
- a passport or national photo identification issued by your country,
- a driver's license,
- a military photo identification, or
- a state-issued photo identification card.

**If you do not bring this letter and photo identification, we cannot process you.**
**Please bring a copy of all receipt notices received from BCIS in relation to your current application for benefits.**

## CASE STATUS -
Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283.

If you have Internet access, you can visit the Bureau of Citizenship and Immigration Services website at www.BCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U S BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
P.O. BOX 648005
Lee's Summit, MO 64064
National Customer Service Center: 1-800-375-5283

Form I-797C (Rev. 08/01/93) N

EXHIBIT
A

5002388

REPUBLICA SOCIALISTĂ ROMÂNIA



COD NUMERIC PERSONAL

| 1 | 6 | 8 | 1 | 0 | 1 | 4 | 3 | 9 | 0 | 7 | 2 | 3 |

CERTIFICAT DE NAȘTERE

---

REPUBLICA SOCIALISTĂ ROMÂNIA

CONSIL POPULAR AL COM. *LACU· LUI· BABAN*

**Starea Civilă**

# CERTIFICAT DE NAȘTERE

Seria N. 3 nr. 1031923

Numele ............ *ROBU*

Prenumele ......... *NICUSOR*

Sexul ............. *Bărbatesc*

Data
nașterii
{ Anul *1968* luna *mia noua°*
    (cifre și litere)
*sute șai zeci si opt )*
Luna *octaumbrie*
Ziua *14 (paisprezece)*
    (cifre și litere)

LOCUL NAȘTERII COPILULUI

Comuna *LACU· LUI· BABAN*

Orașul

Raionul *VRANCEA*

---

PĂRINȚII

Numele tatălui ......... *ROBU*

Prenumele tatălui ...... *IONEL·*

Numele mamei .......... *ROBU*

Prenumele mamei ....... *MARIA·*

LOCUL ÎNREGISTRĂRII

Comuna *LACU· LUI· BABAN*

Orașul

Raionul *Vrancea·*

Nașterea a fost trecută în registrul stării

civile la nr. *80* din anul *1968*

luna *octaumbrie* ziua *14*

Eliberat astăzi *14.10.1968* cu nr. *1623*

Semnătura,

L. S.

EXHIBIT B

TRANSLATION FROM ROMANIAN INTO ENGLISH

THE SOCIALIST ROMANIA
EXECUTIVE COMMITEE OF CITY LACU LUI BABAN

# CERTIFICATE OF BIRTH

SERIES N3   No. 1031923
PERSONAL NUMERICAL NUMBER 1681014390723

LAST NAME: **ROBU**
FIRST NAME: **NICUSOR**
SEX: MALE
DATE OF BIRTH: OCTOBER 14TH, 1968
PLACE OF BIRTH: CITY OF LACU LUI BABAN, COUNTY OF VRANCEA
PARENTS:
FATHER'S LAST NAME: ROBU
FATHER'S FIRST NAME: IONEL
MOTHER'S LAST NAME: ROBU
MOTHER'S FIRST NAME: MARIA
RECORDING PLACE: CITY OF LACU LUI BABAN, COUNTY VRANCEA
THE BIRTH WAS ENROLLED IN THE STATUS CIVILE REGISTER AT NO. 80 FROM  YEAR: 1968
MONTH: OCTOBER, DAY:14TH
MENTIONS: NONE.
ISSUED THIS TODAY OCTOBER 14TH, 1968 WITH NO.1623.
PLACE OF SEAL.
SIGNATURE UNDECIPHERABILE.

I, Anca Moldovan, being duly sworn according to law, deposes and states that I am
competent to translate from the Romanian to the English language and that the above
abstract is true and correct to the best of my knowledge and ability.

*Anca Moldovan*
*Anca Moldovan*

Subscribed and sworn to before me
this ___ Day _____ 20 __
at Chicago, County of _____ of Illinois

OFFICIAL SEAL
ANCA MOLEA
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 08/04/07

STAPLE HERE

Issuing Post Name
BUCHAREST

Surname
ROBU

Given Name
NICUSOR

Passport Number
02480189

Entries
M

Annotation

Issue Date
14AUG2002

Issue Date
14AUG2002

Sex
M

Expiration Date
13AUG2004

Control Number
20022226506060/04

Birth Date
14OCT1968

Visa Type /Class
R    B1/B2

Nationality
ROM

0101

Departure Number

1 4 4 8 7 6 6 7 4     1 0

Immigration and
Naturalization Service

I-94
Departure Record

Birth Date (Day/Month)

Family Name

First (Given) Name

Country of Citizenship

See Other Side



EXHIBIT
C



# COUNTY OF COOK
## STATE OF ILLINOIS
### OFFICE OF THE COUNTY CLERK
### DAVID ORR
CERTIFICATION OF MARRIAGE

LICENSE NUMBER: 0330924~0

**B E T W E E N**

GROOM'S NAME: NICUSOR
  AGE:  34                                 ROBU

**A N D**

BRIDE'S NAME: LOREN
  AGE:  28                                 RUIZ

**O N**

DATE OF MARRIAGE:   OCTOBER 03, 2003

WERE UNITED IN MARRIAGE IN THE COUNTY OF COOK, AND STATE OF ILLINOIS

**I N  A**

CIVIL
                    **CEREMONY**

**B Y**

NAME: LAMBROS J. KUTRUBIS
OFFICIATE TITLE: JUDGE

**A T**

PLACE OF MARRIAGE: CHICAGO, ILLINOIS

DATE RECORDED:        OCTOBER 03, 2003
APPLICATION DATE:     OCTOBER 02, 2003

03539773

This is to certify that this is a true and correct abstract from the official record
filed with the office of the Cook County Clerk.

ISSUED AT: COUNTY BUILDING
            CHICAGO, ILLINOIS 60602-1304



10/07/2003         09:59

DAVID D. ORR
COUNTY CLERK

This copy is not valid unless displaying embossed seals of Cook County and County Clerk signature   CL81

**VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED**



EXHIBIT
D

COUNTY OF COOK
STATE OF ILLINOIS
OFFICE OF THE COUNTY CLERK

CERTIFICATION OF BIRTH

NAME: LOREE RUIZ

BIRTH NUMBER: 12-75-6032412

DATE OF BIRTH: AUGUST 11, 1975

SEX: FEMALE

DATE FILED: AUGUST 15, 1975

DATE ISSUED: MAY 14, 1998

01045419

ISSUED AT: COUNTY BUILDING
CHICAGO, ILLINOIS 60602-130.

This is to certify that this is a true and correct abstract from the official record filed with the Illinois Department of Public Health.

DAVID D. ORR
COUNTY CLERK

This copy is not valid unless displaying embossed skin of Cook County and County Clerk signature


EXHIBIT
E

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

| REQUEST FOR APPLICANT TO APPEAR FOR INITIAL INTERVIEW | | NOTICE DATE<br>October 04, 2004 |
|---|---|---|
| CASE TYPE<br>FORM I-485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | | A#<br>A 097 509 499 |
| APPLICATION NUMBER<br>MSC0401613793 | RECEIVED DATE<br>October 16, 2003     PRIORITY DATE<br>October 16, 2003 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

NICUSOR ROBU
4037 N CENTRAL PK APT 2B
CHICAGO IL 60618

PLEASE COME TO: U.S. Citizenship and Immigration Services
230 S. DEARBORN STREET
KLUCZYNSKI FEDERAL BLDG
2ND FLOOR
CHICAGO IL 60604
6

IllmIImIImIIlili

**ON:**     Wednesday, December 01, 2004
**AT:**      01:50 PM

You are hereby notified to appear for the interview appointment, as scheduled above, for the completion of your Application to Register Permanent Residence or Adjust Status (Form I-485). **Failure to appear may result in the denial of your application.**

**Who should come with you?**
- If your eligibility is based on your marriage, your husband or wife **must** come with you to the interview.
- If you do not speak English fluently, you should bring an interpreter who is neither a relative nor an interested party in your application.
- Your attorney or authorized representative may come with you to the interview.

NOTE: **Every** adult who comes to the interview must bring Government-issued photo identification, such as a driver's license or ID card, in order to enter the building and to verify his/her identity at the time of the interview. You do not need to bring your children unless otherwise instructed. Please be on time, but do not arrive more than 45 minutes early. We may record or videotape your interview.

**What MUST you bring?**
- Bring this Interview Notice.
- Bring your Government-issued photo identification.
- Bring **all** your Passports and **any other** documents, including your Arrival/Departure Document (Form I-94), used to enter the United States.
- Bring your Birth Certificate.
- Bring all documentation establishing your eligibility for Lawful Permanent Resident status (see below: *"What else should you bring?"*).
- Bring all immigration-related documentation ever issued to you.
- Bring both originals **and** photocopies of all supporting documents. Otherwise, we may keep your originals for our records.
- Bring a certified English translation for **each** document not in English. The translator must certify that s/he is fluent in both languages, and that the translation in its entirety is complete and accurate.

**What else should you bring?**
- Bring any Employment Authorization card or paper, and any Authorization for Advance Parole (Form I-512) ever issued to you.
- Bring your petitioner's Birth Certificate *and* your petitioner's evidence of United States Citizenship or Lawful Permanent Resident status.
- If you have children, bring a Birth Certificate for **each** of your children.
- If you are married, bring your Marriage Certificate.
- If your eligibility is based on your marriage, in addition to your spouse coming to the interview with you, bring:
  - Your spouse's Birth Certificate *and* your spouse's evidence of United States Citizenship or Lawful Permanent Resident status;
  - If either you or your spouse were ever married before, **all** divorce decrees/death certificates for **each** prior marriage/former spouse;
  - Birth Certificates for **all** children of this marriage, and custody papers for your children and for your spouse's children not living with you;
  - Supporting evidence of your relationship, such as joint financial statements, joint legal documents, joint insurance policies, and photos.
- If you have not already submitted it, bring a completed medical examination (Form I-693) *and* vaccination supplement in a sealed envelope.
- Bring your Federal Income Tax returns *and* W-2's, or certified IRS printouts, for the past 3 years.
- If you are employed, bring letters from each of your current employers on company stationery, verifying your current rate of pay and average weekly hours, *and* bring your pay stubs for the past 2 months.
- Bring completed Affidavit(s) of Support (Form I-864), with **all** required evidence, including the following for **each** of your sponsors:
  - Federal Income Tax returns *and* W-2's, or certified IRS printouts, for the past 3 years;
  - Letters from each current employer on company stationery, verifying current rate of pay *and* average weekly hours, *and* pay stubs for the past 2 months;
  - Evidence of United States Citizenship or Lawful Permanent Resident status.
- If you have ever been arrested, for **each** arrest, bring the related Police Report and the original or certified Final Court Disposition, even if the charges have been dismissed or expunged. If no court record is available, furnish a letter from the court with jurisdiction indicating this.

**PLEASE MAKE EVERY EFFORT TO KEEP YOUR APPOINTMENT,** even if you do not have all the listed items. If an emergency, such as the hospitalization of a close relative, prevents you from appearing, call the Citizenship and Immigration Services (CIS) customer service as soon as possible. Please be advised that rescheduling will delay processing, may require some steps and will affect your eligibility for other immigration benefits while this application is pending.

If you have questions, please call CIS customer service at 1-800-375-5283 (hearing impaired TDD service is 1-800-

EXHIBIT
F

APPLICANT COPY

**Department of Homeland Security**
Citizenship and Immigration Services

*10 West Jackson Boulevard*
*Chicago, IL 60604*

**DATE: December 1, 2004**
**A NUMBER: A97509499**

Robu, Nicusor
4037 ½ N. Central Park
Chicago, IL 60618

## REQUEST FOR EVIDENCE

The documentation submitted during the adjustment interview is not sufficient to warrant a favorable consideration of your petition/application. The following information is also required:

### PLEASE SEE FOLLOWING SHEET

Your response must be received in this Office **within 84 days** from the date of this letter. Your case is being held in this office pending your response. Within this period you may:

1.  Submit all of the evidence requested;

2.  Submit some or none of the evidence requested and ask for a decision based on the record; or

3.  Withdraw the application or petition. (It is noted that if you request that the application or petition be withdrawn, the filing fee cannot be refunded).

You must submit all of the evidence at one time. Submission of only part of the evidence requested will be considered a request for a decision based upon the record (#2 Above). **No extension of the period allowed to submit evidence will be granted.** If the evidence submitted does not establish that your case was approvable at the time it was filed, it can be denied.

If you do not respond to this request with the time allowed, your case will be considered abandoned and denied due to lack of prosecution. Evidence received in this office after the due date may not be considered.

**PLACE THIS LETTER ON TOP OF YOUR RESPONSE. SUBMISSION OF EVIDENCE WITHOUT THIS LETTER WILL DELAY PROCESSING OF YOUR CASE AND MAY RESULT IN A DENIAL.**
**Please submit all documents to the attention of:**

OFFICER CHOE-MAHER
P.O. Box 3616
Chicago, IL 60604

Sincerely,

Michael Comfort
District Director

EXHIBIT
G

**Department of Homeland Security**
**Bureau of Citizenship and Immigration Services**
10 W. Jackson Blvd.  Room 323
Chicago, Illinois 60604

PLEASE RETURN THIS LETTER WITH YOUR RESPONSE TO          **ATTN: OFFICER MAHER**

**Alien Registration Number A97509499**

## PLEASE COMPLY WITH THE BELOW CHECKED ☒ INSTRUCTIONS

| | | |
|---|---|---|
| ☐ | 1. | Please complete the blocks on your enclosed application/petition/form, which are highlighted. |
| ☐ | 2. | Furnish the required fee of $_____ for Form_____. |
| ☐ | 3. | A foreign document must be accompanied by a translation in English. The translator must certify that he/she is competent to translate and that the translation is accurate. |
| ☐ | 4. | Furnish the date and port of each of your entries into the United States and the name of the ship, plane, or other vehicle on which you traveled or provide a sworn statement of how you entered the United States. |
| ☐ | 5. | Furnish two (2) color photographs. These photos must have a white background, photos must be glossy, unretouched, and not mounted. Dimension of the facial image should be about 1 inch from the chin to top of hair or head, shown in 3/4 frontal view of right side of face with right ear visible. |
| ☐ | 6. | I-864 Affidavit of Support and last three years of tax returns, W2s and a job letter for ☐ Sponsor and/or ☐ Joint Sponsor. This form must be completely filled out and notarized. <u>Failure to follow the directions and complete this form accurately may result in denial of your application.</u> |
| ☐ | 7. | You must provide a sworn statement for **each and every arrest** and for charges against you including the dates and places. You must provide **certified court dispositions** (not police reports) for **each and every arrest** and charge. |
| ☐ | 8. | Your case is continued for your fingerprints to clear. |
| ☐ | 9. | Your case is continued because you need to submit new fingerprints. (See attached fingerprint referral letter). |
| ☐ | 10. | Submit medical exam (Form I-693) and immunization supplement form from an INS Certified Civil Surgeon. These documents must be in a sealed envelope from the doctor. |
| ☐ | 11. | Please submit the following types of evidence to support the claimed relationship between the petitioner and the beneficiary: |
| | ☐ a. | Birth Certificate of |
| | ☐ b. | Official Marriage Certificate for |
| | ☐ c. | Proof of termination of previous marriages, such as divorce decrees and death certificates. |
| | ☐ d. | Wedding photos and other photos of you and your spouse together during your entire relationship. |
| | ☐ e. | Proof of any joint purchases or ownership, such as TV, furniture, car, house, etc. |
| | ☐ f. | Proof of joint credit established since marriage, such as joint credit cards, loans, etc. |
| | ☐ g. | Proofs of actual shared residence such as lease agreements, property deeds or mortgages, etc. If you have none of the above, provide a notarized affidavit from your current landlord. |
| | ☐ h. | Proof of bank statements for checking and/or savings accounts and canceled checks throughout your marriage. Copy of cancelled checks from the shared checking dated back when it was opened and until now. |
| | ☐ i. | IRS Federal Tax Returns with W2s for years |

U.S. Department of Homeland Security
10 W. Jackson Blvd.
Chicago, IL 60604

 U.S. Citizenship
and Immigration
Services

CHI 70/48.2-C

February 9, 2004

JEBBIFER BOYANCE
4433 W. TOUGHY AVE., STE. 301
LINCOLNWOOD, IL 60712

Re: A097 509 499 - ROBU, NIASOR

Dear JEBBIFER BOYANCE,

Thank you for your recent inquiry. All efforts will be made to respond to your inquiry within 90 days of receipt. Depending on the complexity of your inquiry, additional time may be required to obtain the information requested.

Sincerely,

Donald J. Monica
Interim District Director
U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services

DJM:gl
Correspondence Tracking Number: CHI020904 73
Thank you for contacting USCIS Customer Service


EXHIBIT
H

U.S. Department of Homeland Security
10 W. Jackson Blvd.
Chicago, IL 60604



**U.S. Citizenship
and Immigration
Services**

CHI 70/48.2-C

May 19, 2004

JENNIFER BOYANCE
4433 W. TOUGHY AVE., STE. 301
LINCOLNWOOD, IL 60712

Re: A097 509 499 - ROBU, NIASOR

Dear JENNIFER BOYANCE,

Service records indicate that the I-765, Application For Employment Authorization, and the I-131,
Application For Travel Document, was produced and mailed on 03/23/2004 from the Missouri Service
Center. The I-485 is pending at the Missouri Service Center, therefore any future inquiries should be directed
to that office.

Sincerely,



Michael M. Comfort
District Director

MMC:gs
Correspondence Tracking Number: CHI020904 73
Thank you for contacting USCIS Customer Service



# DEPARTMENT OF HOMELAND SECURITY
## U.S. Citizenship and Immigration Service
## Chicago District Office

*No decision yet; "case is under further review" In Chicago*

## STATUS INQUIRY FORM

DATE: 5/5/06

## CORRESPONDENCE DETAILS

### On Behalf of (Applicant):

A Number: A97 509 499

Name: Robu_____ Nicusor_____ _____
    Last        First       Middle

Mailing Address: 4037 1/2 N. Central Apt # 2
                      Park

City: Chicago____ State: IL Zip Code: 60618

Daytime Phone Number: (773) 263-7184

Country of Birth: Romania____ Date of Birth: 10/14/1968

☐ Check box if author is same as applicant
(DO NOT complete the following if box is checked)

Type of inquiry:
☐ Applicant  ☒ Attorney  ☐ CBO

Name: Lisa M. Damiano
    Last        First       Middle

Firm / Organization: Azulay, Horn & Seiden, LLC

Mailing Address: 205 N. Michigan Ave.

Suite # or Apt. # : 40th Floor

City: Chicago____ State: IL Zip Code 60601

Phone No.: (312) 832-9200 x176

## CORRESPONDENCE INFORMATION

☐ Check if telephonic inquiry

Class: GENERAL   Request Type (check all that apply): ☐ Address Change  ☒ General  ☐ Received Documents

Type of Application (check one): ☒ Adjustment of Status  ☐ Citizenship

FORM FILED (check boxes below that apply):       DATE APPLICATION FILED: _____

☐ I-130  ☒ I-485  ☐ I-751  ☐ I-765  ☐ I-824

☐ N-336  ☐ N-400  ☐ N-565  ☐ N-600  ☐ N-643  ☐ Other: _____

REQUEST RESCHEDULE FOR (check one): ☐ Interview    ☐ Oath    ☐ Fingerprinting

Additional Comments: ___ Check I-485 Status- no notice of processing since 08/2005
( Interview 10-4-04 , EFE )

***  INQUIRIES MAY BE MADE BY APPLICANTS, BENEFICIARIES, ATTORNEYS, AND ACCREDITED
REPRESENTATIVES ONLY. IF YOU ARE AN ATTORNEY, A FORM G-28 MUST BE ATTACHED.

*** CBOs MUST INCLUDE A PRIVACY RELEASE SIGNATURE FROM THE APPLICANT:

Signature: _____    Date: _____

*** MAIL INQUIRIES TO: USCIS, CUSTOMER SERVICE, P.O. BOX 3616, CHICAGO, IL. 60690
CU Revised 08/14/03

**EXHIBIT**
exhibit
1