UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NICUSOR ROBU | ) | |
| | ) | |
| Plaintiff, | ) | No. 06 C 5714 |
| | ) | |
| v. | ) | Judge Castillo |
| | ) | |
| MICHAEL CHERTOFF, Secretary for the | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| HOMELAND SECURITY, CITIZENSHIP | ) | |
| & IMMIGRATION SERVICES, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT INITIAL STATUS REPORT**

This honorable court has issued a minute order setting an initial status hearing on the above captioned matter for December 19, 2006, as well as a requirement for an initial joint status report. Counsel for both parties have conferred and respectfully submit the following:

1. The attorneys of record for the plaintiff are Yehuda L. Azulay and Lisa Damiano of AZULAY, HORN & SEIDEN, LLC, 205 North Michigan Avenue, 40th Floor, Chicago, Illinois, 60601. The attorney of record for the defendants is Sheila McNulty, Special Assistant U. S. Attorney, 219 Dearborn St., 5th Floor Chicago, Illinois, 60604.

2. Plaintiffs have alleged federal jurisdiction in this case pursuant to 28 U.S.C. § 1331 and 1361, for relief to compel the defendants to complete the adjudication of a marriage based visa petition I-130 and an I-485 application to adjust status to that of a lawful permanent resident based upon that marriage. Plaintiffs also assert jurisdiction under 28 U.S.C. §2201-2201 for declaratory relief. While the defendant, United States Department of Homeland Security, Citizenship & Immigration Services (US DHS, CIS) does not concede the jurisdictional issue in this case, it has

determined that, after careful review of the action and discussions with the agency, that the underlying applications for the visa petition and adjustment of status may be adjudicated within a relatively short period of time and thereby render any litigation in this matter moot.

    3. Plaintiff Robu who is the applicant for lawful permanent resident status based upon an a visa petition filed by his United States citizen wife, (I-130), claims the defendants have unduly delayed the processing of the applications, and seeks the court's intervention to command the agency to complete the processing of the applications. Defendants are finalizing the examination and investigative process of the application before they can properly complete the adjudication of the application. The defendants had issued a request for further evidence from the plaintiff after his interview and plaintiff duly complied with this request in a timely fashion. Undersigned counsel for the defendants has confirmed this information with the agency and the agency has agreed to complete the adjudication promptly.

    4. It appears that all of the appropriate defendant parties have been served, and this is not an issue.

    5. The principal legal issues are whether the court has jurisdiction to order the US DHS, CIS to complete the adjudication under 28 U.S.C. §1361, 1331, and 28 U.S.C.§§2201-2202, given the ongoing processing of the application, and the apparent need for finalization provided in the overall examination process.

    6. At this point, there do not appear to be any material factual issues.

    7. No jury trial has been demanded by any party, nor is one expected to be requested.

    8. At this time, there has been no discovery undertaken, nor is it anticipated.

    9. At this time, there does not appear to be any need for trial.

10. The parties do not unanimously agree to proceed before the Magistrate Judge.

11. There have been settlement discussions in this matter, and counsel for both parties have discussed the likelihood of settlement due to the impending completion of the adjustment of status application. At this point, the parties do not request a settlement conference. Attorneys for both parties will appear at the scheduled status conference on December 19, 2006.

Respectfully submitted,

By:

COUNSEL FOR DEFENDANTS


s/ Sheila McNulty
SHEILA McNULTY
Special Assistant U. S. Attorney
219 S. Dearborn Street
Chicago, Illinois 60604

Dated: Friday, December 15, 2006

## **CERTIFICATE OF SERVICE**

The undersigned Special Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

    JOINT STATUS REPORT

was served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by first-class mail on December 15, 2006, to the following non-ECF filers:

Yehuda L. Azulay
Lisa Damiano
AZULAY, HORN & SEIDEN, LLC
205 N. Michigan Avenue, 40th Floor
Chicago, IL 60601

 

/s SHEILA MCNULTY
SHEILA MCNULTY
Special Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-8788